IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA

V.                           NO. 97-20003-001

JAMES BRIAN WRIGHT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Comes now before the Court the "Motion in Nature of Your F.R.C.P. 60(b)(3)(6) and 12(b)(1)(2)(3) and (7); and Demand for the Character of the Judge and plaintiff, With Findings of Fact and Conclusion of Law in nature of your F.R.C. P., Rule 52," filed by Defendant/Movant James Brian Wright on June 21, 2010. **(Doc. #63)**. The United States of America filed a response to said motion on August 2, 2010. **(Doc. #66)**. On August 24, 2010, Defendant/Movant Wright filed a reply to the Government's response, stating that "In light of the response in which the petitioner received from the United States of America, it would be frivolous [sic] to even continue in this case." He added that he concurred with the Government's position after researching the facts and, in light of said position, his motion is frivolous. Accordingly, Defendant/Movant Wright asked the Court to dismiss the Rule 60(b)(3)(6) motion. **(Doc. #68)**.

Based upon the foregoing, the Court hereby recommends that Defendant/Movant's request to dismiss this matter **(Doc. #68)** be **granted,** and that Defendant/Movant's Motion under Fed.R.Civ.P. 60(b)(3)(6) and 12(b)(1)(2)(3) and (7), and 52 **(Doc. #63)**, be **dismissed.**

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 8th day of September, 2010.

*/s/ Erin L. Setser*
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE