```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

      v.      Case No. 97-20003-001

**JAMES BRIAN WRIGHT**                                                    DEFENDANT

## O R D E R

Now on this 19th day of October, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #69) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE